I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-1-13

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK ALLEN HODGE, et al.,

Plaintiffs,

vs.

SAN BERNARDINO COUNTY SHERIFF ROD HOOPS, et al.,

Defendants.

Case No. EDCV 12-1431-MMM (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 28, 2013

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE