O

FILED
CLERK, U.S. DISTRICT COURT

March 31, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLEN HODGE,<br><br>    Plaintiff,<br><br>vs.<br><br>VAN PUTNAM, et al.,<br><br>    Defendants. | Case No. EDCV 12-01431-AG (KES)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT THEREFORE IS ORDERED that Defendants' Motion for Summary Judgment be Granted and that Judgment be entered dismissing this action with prejudice.

DATED: March 31, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE