JS-6

FILED
CLERK, U.S. DISTRICT COURT

March 31, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JD_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLEN HODGE, <br><br> Plaintiff, <br> vs. <br><br> VAN PUTNAM, et al., <br><br> Defendants. | Case No. EDCV 12-01431-AG (KES) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing this action with prejudice.

DATED:  March 31, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1